INGOMAR GOLDSMITH and Others, Appellants, v. OSCAR OFFENBERG, Respond-

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

ent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.